IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KARL DAVID LATHON,<br><br>　　　　　　Plaintiff<br><br>　VS.<br><br>KATHY McDADE, *et al.*,<br><br>　　　　　　Defendants | **NO. 5: 06-CV-24 (DF)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION OF DISMISSAL

On July 19, 2006, defendants McDade, Rogers and Vaughn filed a motion to dismiss the plaintiff's complaint for the plaintiff's failure to prosecute his action, citing that he failed to attend a scheduled deposition. Tab #12. The undersigned sent the plaintiff an order advising him of his right to respond to the defendants' motion. Tab #13. That order was returned to the clerk's office as undeliverable. Tab #14.

Accordingly, IT IS RECOMMENDED that the defendants' **MOTION TO DISMISS** (Tab #12) be **GRANTED** as UNCONTESTED. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the **LAST ADDRESS** provided by him.

SO RECOMMENDED, this 6th day of OCTOBER, 2006.



　　　　　　　　　　　　　　　　　　　　CLAUDE W. HICKS, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE