**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| KARL DAVID LATHON, | : |
| Plaintiff | : |
| v. | : CASE NO. 5:06-CV-24 (DF) |
| KATHY McDADE, et al, | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 16) filed October 6, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allotted.

**SO ORDERED,** this the 8th day of January, 2007.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**